# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION-LEXINGTON
## CRIMINAL MINUTES – SENTENCING

Case No. **3:21-cr-08-01-GFVT**          At: **Frankfort**          Date: **February 1, 2022**

U.S.A. vs. **TIMOTHY ALLEN CAYLOR**     **X**  present  **X**  custody ___ bond  OR __ Age __

**DOCKET ENTRY:** The parties appeared as noted. The Court confirmed that both parties received the PSR and had sufficient time to go through the PSR. The United States' oral Motion to Dismiss Counts one (1) and three through nine (9) is GRANTED. The Court GRANTS the United States' oral motion for the § 3E1.1 Third Level Reduction for acceptance of responsibility. The Defendant's Motion for Downward Variance Pursuant to 18 USC 3553, R. 34, is GRANTED for the reasons stated on the record. The Court heard testimony, statements and arguments as to the proper sentence, and Defendant allocuted. The Court orally announced the sentence and will issue a separate Judgment. The Court will defer the determination of restitution in this case pursuant to 18 USC, Section 3664(5), for 90 days until the Court is further advised from the United States of any further requests for restitution.

PRESENT:     HON. _____, U.S. DISTRICT JUDGE
                        GREGORY F. VAN TATENHOVE

Counsel for the United States:   David A. Marye, AUSA

Counsel for Defendant:   Benjamin D. Allen          **X**  present __ retained  **X**  appointed

Court Reporter: Sandy Wilder   Courtroom Deputy: Mary Jane Younce   U.S. Probation Officer: Christina Trnesdell

## PROCEEDINGS:  SENTENCING

X___  No objections to the Presentence Report.

X___  Court **ADOPTS** the Presentence Report, prepared by the United States Probation Office, as its findings, including guideline calculations. Presentence Report shall be filed **under seal.**

X___  Court **FINDS** the recommended sentence has been correctly calculated.

___  The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Pre-sentence Report and file same into the record.

X___  The transcript shall be deemed as written findings of the Court.

X___  Court's Advice of Right to Appeal was provided to the defendant.

X___  Judgment shall be entered (See Judgment & Commitment.)

X___  The Defendant is remanded to the custody of the United States Marshal's Service.

This the 1st day of February 2022.

Copies: COR, USP, USM,
Initials of Deputy Clerk: MJY
TIC:  1/01